**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SOHAN SINGH; BAKHASH KAUR, | No. 11-71025 |
| Petitioners, | Agency Nos.      A079-257-647 |
| | A079-257-648 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 24, 2013[**]

Before:      ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

Sohan Singh and Bakhash Kaur, natives and citizens of India, petition for

review of the Board of Immigration Appeals' ("BIA") order denying their motion

to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

review for an abuse of discretion the denial of a motion to reopen, *Toufighi v. Holder*, 538 F.3d 988, 992 (9th Cir. 2008), and we deny the petition for review.

The BIA denied petitioners' motion as untimely, and found they failed to show changed circumstances to qualify for the regulatory exception provided in 8 C.F.R. § 1003.2(c)(3)(ii), where some of their evidence related in part to Singh's prior claim, which was found not credible, and the other evidence did not establish changed circumstances in India with regard to the treatment of politically active Sikhs. Petitioners contend the BIA abused its discretion by failing to take into account country conditions evidence, by failing to consider petitioners' evidence not tainted by the prior adverse credibility finding in conjunction with the country reports, and by discounting their credible evidence. Because these contentions are not supported by the record, petitioners have not shown the BIA abused its discretion in denying their motion to reopen. *See He v. Gonzales*, 501 F.3d 1128, 1131 (9th Cir. 2007) ("The decision of the BIA should be left undisturbed unless it is arbitrary, irrational, or contrary to law.") (internal quotation marks and citation omitted).

**PETITION FOR REVIEW DENIED.**

11-71025